**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| K.A., an individual, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| 26th Street Hospitality, LLP d/b/a | ) | |
| Mainstay Suites Williston, | ) | |
| | ) | Case No. 1:23-cv-00092 |
| Defendant. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on December 2, 2024, at 10:30 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 23rd day of May, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court