# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| K.A., an individual, | ) | |
| | ) | **AMENDED ORDER FOR MID-** |
| Plaintiff, | ) | **DISCOVERY STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| 26th Street Hospitality, LLP d/b/a | ) | |
| Mainstay Suites Williston, | ) | |
| | ) | Case No. 1:23-cv-092 |
| Defendant. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held December 2, 2024, at 10:30 AM by telephone before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter access code 292466149. The conference may be recorded for the convenience of the court.

Dated this 30th day of September, 2024.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court